﻿Citation Nr: AXXXXXXXX
Decision Date: 06/30/20 Archive Date: 06/30/20

DOCKET NO. 191231-63250
DATE: June 30, 2020

ORDER

Entitlement to a rating of 10 percent, but not higher, for pleural plaques as of October 1, 2019, but not earlier, is granted.

FINDING OF FACT

In an October 1, 2019, pulmonary function test post-bronchodilator, the Veteran exhibited a forced vital capacity (FVC) of 76 percent of predicted.

CONCLUSION OF LAW

The criteria for a rating of 10 percent, but no higher for pleural plaques as of October 1, 2019, but not earlier, have been met. 38 U.S.C. §§ 1155, 5107; 38 C.F.R. §§ 3.102, 4.1, 4.2, 4.3, 4.7, 4.10, 4.21, 4.27, 4.96, 4.97, Diagnostic Code 6820, 6833.

REASONS AND BASES FOR FINDING AND CONCLUSION

The Veteran had active duty service from September 1950 to June 1954. 

This matter comes before the Board of Veterans’ Appeals (Board) from a November 2019 rating decision of the Department of Veterans Affairs (VA) Regional Office (RO).  The Veteran timely appealed that rating decision to the Board and requested evidence submission reviewed by a Veterans Law Judge. 

Entitlement to a rating in excess of 0 percent for pleural plaques

The Veteran’s pleural plaque disability is plaques is most analogous to asbestosis under 38 C.F.R. § 4.97, Diagnostic Code 6833. 

Under Diagnostic Code 6833, a 10 percent rating applies where there is forced vital capacity (FVC) of 75- to 80-percent predicted or diffusion capacity of the lung for carbon monoxide by the single breath method (DLCO (SB)) of 66- to 80-percent predicted. A 30 percent rating applies where there is FVC of 65- to 74-percent predicted or DLCO (SB) of 56- to 65-percent predicted. A 60 percent rating applies where there is FVC of 50- to 64-percent predicted; or DLCO (SB) of 40- to 55-percent predicted; or maximum exercise capacity of 15 to 20 ml/kg/min oxygen consumption with cardiorespiratory limitation. A 100 percent rating applies where there is FVC less than 50-percent predicted; or DLCO (SB) less than 40-percent predicted; or maximum exercise capacity less than 15 ml/kg/min oxygen consumption with cardiorespiratory limitation; or cor pulmonale or pulmonary hypertension; or the Veteran requires outpatient oxygen therapy. 38 C.F.R. § 4.97, Diagnostic Code 6833. 

Post-bronchodilator studies are required when pulmonary function tests (PFTs) are done for disability rating purposes, except when the results of pre-bronchodilator pulmonary function tests are normal or when the examiner determines that post-bronchodilator studies should not be done and states why. 38 C.F.R. § 4.96(d)(4). When rating based on PFTs, post-bronchodilator results should be used in applying the rating criteria in the rating schedule unless the post-bronchodilator results were poorer than the pre-bronchodilator results. In those cases, the pre-bronchodilator values are used for rating purposes. 38 C.F.R. § 4.96(d)(5).

At an October 2019 VA examination, the PFT pre-bronchodilator results found that the Veteran’s FVC was 73 percent predicted and DLCO was 77 percent predicted. Forced expiratory volume (FEV-1) was 52 percent predicted, and FEV 1/FVC ratio was 70 percent. In the PFT post-bronchodilator, FVC was 76 percent predicted. FEV-1 was 55 percent predicted and FEV-1/FVC was 50 percent predicted. Post-bronchodilator DLCO was not included in the examination report. There was mild but not clinically significant improvement post-bronchodilator. The examiner opined that the FEV-1 most accurately indicated the Veteran’s level of disability. The VA examiner observed that the Veteran’s imaging studies of the chest showed pleural plaques, which are pathognomonic of previous exposure to asbestos. The Veteran’s lung condition impacted his ability to work in that he could not participate in employment due to limitations. 

That VA examination is the only evidence of record that is adequate for rating purposes during the period under review.

Based on the above, the Board concludes that a 10 percent rating is warranted for the Veteran’s pleural plaques disability. The respiratory disability has exhibited FVC of 76 percent predicted during the appeal period. 38 C.F.R. § 4.97, Diagnostic Code 6833. The Veteran has not exhibited an FVC of 65- to 74-percent predicted or DLCO (SB) of 56- to 65-percent predicted which would warrant the next highest rating of 30 percent. Thus, a disability rating greater than 10 percent for pleural plaques is not warranted. 38 C.F.R. § 4.97, Diagnostic Codes 6820, 6833.

The Board finds that the 10 percent rating for pleural plaques is warranted as of the date of the examination showing that the Veteran met the criteria for the higher rating on October 1, 2019. 38 C.F.R. § 3.400.

Accordingly, the Board finds that the evidence supports the assignment of a 10 percent rating, but not greater as of October 1, 2019, the date of the examination showing the criteria for the 10 percent rating, but not earlier. The Board finds that the preponderance of the evidence is against the assignment of any higher rating or the assignment of that rating any earlier. 38 U.S.C. § 5107(b); 38 C.F.R. §§ 3.102, 4.3.

 

 

Harvey P. Roberts

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board Department of Veterans Affairs

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.